[No. 29647-4-III.   Division Three.   June 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01603-2, Harold D. Clarke III, J., entered December 22, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 29662-8-III.   Division Three.   June 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK MARLIN AXTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-02649-6, Kathleen M. O'Connor, J., entered January 25, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 29845-1-III.   Division Three.   June 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. AUSTIN LEE CURTISS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00209-2, Evan E. Sperline, J., entered April 12, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 29926-1-III.   Division Three.   June 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS A. LIMPERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-00412-1, Gregory D. Sypolt, J., entered May 20, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Kulik, J.